# EXHIBIT A

| IP Address | ISP | Date/Time (UTC) |
| --- | --- | --- |
| 108.18.204.138 | Verizon Online | 2011-05-19 10:48:03 AM |
| 108.18.48.145 | Verizon Online | 2011-05-22 11:09:37 PM |
| 173.53.118.231 | Verizon Online | 2011-06-05 11:44:37 PM |
| 173.53.119.190 | Verizon Online | 2011-06-06 03:07:42 AM |
| 173.66.128.9 | Verizon Online | 2011-03-21 03:00:16 PM |
| 198.82.7.236 | VA Polytechnic Institute and State Univ. | 2011-03-27 10:11:13 PM |
| 204.111.147.40 | Shentel Service Company | 2011-05-10 05:58:56 AM |
| 68.10.240.101 | Cox Communications | 2011-03-18 02:24:44 AM |
| 68.106.104.192 | Cox Communications | 2011-05-11 04:26:12 PM |
| 68.225.34.43 | Cox Communications | 2011-03-16 07:10:08 PM |
| 68.98.168.192 | Cox Communications | 2011-05-27 04:02:45 AM |
| 69.143.57.188 | Comcast Cable Communications | 2011-03-18 12:48:10 AM |
| 69.254.104.237 | Comcast Cable Communications | 2011-03-19 08:43:49 AM |
| 70.182.3.155 | Cox Communications | 2011-03-29 12:34:45 AM |
| 71.178.237.129 | Verizon Online | 2011-03-17 02:17:01 AM |
| 71.178.237.197 | Verizon Online | 2011-05-07 09:29:14 PM |
| 71.197.2.249 | Comcast Cable Communications | 2011-03-16 07:41:07 PM |
| 71.62.185.250 | Comcast Cable Communications | 2011-05-25 03:29:14 PM |
| 72.192.213.27 | Cox Communications | 2011-05-24 10:57:11 AM |
| 72.196.224.57 | Cox Communications | 2011-05-28 09:47:54 AM |
| 72.66.111.101 | Verizon Online | 2011-03-22 08:00:42 PM |
| 72.83.153.43 | Verizon Online | 2011-05-14 01:11:26 AM |
| 72.84.247.169 | Verizon Online | 2011-03-16 09:05:07 PM |
| 76.100.17.163 | Comcast Cable Communications | 2011-05-05 02:30:32 AM |
| 96.231.187.137 | Verizon Online | 2011-05-31 06:18:57 PM |
| 96.238.82.103 | Verizon Online | 2011-05-26 04:33:06 AM |
| 96.247.208.51 | Verizon Online | 2011-05-29 01:47:21 AM |
| 96.26.93.98 | Clearwire US | 2011-03-25 12:56:32 AM |
| 98.166.63.54 | Cox Communications | 2011-03-18 05:16:23 PM |