**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division**

HARD DRIVE PRODUCTIONS, INC.,

    Plaintiff,

v.      Action No. 2:11cv345

JOHN DOES 1 – 30,

    Defendants.

## **O R D E R**

On October 24, 2011, Plaintiff filed Objections to the Severance Order to the Honorable Henry C. Morgan and Response to the Order to Show Cause and Motion to Reconsider to the Honorable Tommy E. Miller (ECF No. 21). Based on the content of Plaintiff's submission, it is unclear if Plaintiff is requesting reconsideration of the Order or making a formal objection to the Order. To the extent that the submission is a motion to reconsider, the Court DENIES this motion to reconsider for the reasons stated in the Order, dated October 17, 2011 (ECF No. 19).

The Clerk shall mail a copy of this Order all counsel on record and to all interested parties in the matter, and to electronically send a copy of this Order to John Doe at the e-mail address John Doe has provided.

                                                         /s/
                                                 Tommy E. Miller
                                       United States Magistrate Judge

Norfolk, Virginia
October 25, 2011